468 A.2d 513

**Jerome CAMERON**

**v.**

**Noel Tancred ESCOFIL, Appellant.**

Superior Court of Pennsylvania.

Argued Oct. 13, 1983.

Filed Nov. 25, 1983.

Noel Tancred Escofil, in propria persona.

Jerome Cameron, in propria persona.

Before SPAETH, President Judge, MONTEMURO and POPOVICH, JJ.

PER CURIAM:

 This is an appeal from the order of the Court of Common Pleas of Philadelphia County granting the appellant *in forma pauperis* status. Such an order is interlocutory, and not appealable as of right under Pa.R.A.P. 311. Moreover, appellant has not sought permission to appeal this order under Pa.R.A.P. 312. Finally, appellant's Notice of Appeal was filed more than thirty (30) days after the entry of the trial court's order, in violation of Pa.R.A.P. 903. As such this appeal must be quashed.